# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| ZACHARY HISCOCK | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 12-cv-2204 |
| CITY OF PHILADELPHIA, ET AL. | : | |

**ORDER**

**AND NOW**, this 25th day of February 2013, after careful consideration of plaintiff's motion for leave to file an amended complaint (Doc. No. 6), defendant's response, and plaintiff's reply, **IT IS HEREBY ORDERED** that plaintiff's motion for leave to file an amended complaint is **DENIED**.

The court having directed the plaintiff to name the John Doe defendant within sixty days of the Scheduling Order dated June 18, 2012, and the plaintiff not having done so, it is further **ORDERED** that defendant John Doe is **DISMISSED** as a party to this action.

Summary judgment having been granted to the City of Philadelphia on January 16, 2013, based on the plaintiff's failure to oppose the City's motion for summary judgment; the lack of any evidence of a custom or policy; and state-granted immunity, the clerk is directed to mark this action **CLOSED** for statistical purposes.

                                                                                s/ William H. Yohn Jr.
                                                                             William H. Yohn Jr., Judge